_____
CHIEF JUDGE SUSAN M. CHEHARDY

_____
JUDGE MARC E. JOHNSON

A TRUE COPY
GRETNA

AUG 3 1 2015

DEPUTY CLERK
COURT OF APPEAL, FIFTH CIRCUIT

2015-1828 (La. 11/15/16)
**STATE EX REL. Troy Anthony GRIFFIN**

v.

**STATE of Louisiana**

No. 2015–KH–1828

Supreme Court of Louisiana.

11/15/2016

PER CURIAM:

⌊₁Denied. The application was not timely filed in the district court, and relator fails to carry his burden to show that an exception applies. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93–2330 (La. 9/5/95), 660 So.2d 1189. We attach hereto and make a part hereof the District Court's written reasons denying relator's application. In addition, relator's motion to dismiss his writ application is denied.

Relator has now fully litigated his application for post-conviction relief in state court. Similar to federal habeas relief, <u>see</u> 28 U.S.C. § 2244, Louisiana post-conviction procedure envisions the filing of a second or successive application only under the narrow circumstances provided in La.C.Cr.P. art. 930.4 and within the limitations period as set out in La.C.Cr.P. art. 930.8. Notably, the Legislature in 2013 La. Acts 251 amended that article to make the procedural bars against successive filings mandatory. Relator's claims have now been fully litigated in accord with La.C.Cr.P. art. 930.6, and this denial is final. Hereafter, unless he can show that one of the narrow exceptions authorizing the filing of a successive application applies, relator has exhausted his right to state collateral review. The District Court is ordered to record a minute entry consistent with this per curiam.

Attachment

10/07/2015    12:24 CM                                    (FAX)3188724202        P.002/002

STATE OF LOUISIANA      RECEIVED AND FILED      NUMBER: 62,358
                        DESOTO PARISH LA

VERSUS                  2015 MAY 20  A 10 25    42ND JUDICIAL DISTRICT COURT

TROY A. GRIFFIN                                 DESOTO PARISH, LOUISIANA

### JUDGMENT ON APPLICATION FOR POST CONVICTION RELIEF

This matter was presented to the court on May 14, 2015 on petitioner's application for post conviction relief. Petitioner pled guilty to Second Degree Murder on February 12, 1988. The time delay for filing this petition has now run. See: La. C.Cr. P. Art. 930.8. As such, petitioner's application for post conviction relief is denied without the necessity of a hearing. La. C.Cr. P. Art. 929. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that petitioner's application for post conviction relief is denied.

THUS DONE AND SIGNED in Mansfield, DeSoto Parish, Louisiana this 15th day of May, 2015.

_____
DISTRICT JUDGE

PROCESSED 5-26 20 15
Ayedra Bodden
Deputy Clerk